**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | |
|---|---|
| **WCR Incorporated** | **: CASE NO.   3:20 CV 143** |
| **Plaintiff,** | **: Judge Thomas M. Rose** |
| v. | : |
| **Western Canada Heat Exchanger, Ltd., et al.,** | : |
| **Defendants** | : |

---

**ORDER OF REFERENCE**

---

Pursuant to 28 U.S.C. Section 636(b)(1)(A), (B) and (C) and Section 636(b)(3), the above captioned action is hereby referred to United States Magistrate Sharon Ovington on the specific issue of Plaintiff's motion entitled "Plaintiff's Motion for Consolidate" [Doc. 14].

November 3, 2020                                *s/***Thomas M. Rose**

                                                                        _____

                                                                        JUDGE THOMAS M. ROSE

1