UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WCR, INCORPORATED,

    Plaintiff,                                Case No. 3:20-cv-143
                                             Related case: 3:18-cv-278-MJN-SLO
                                             (consolidated for common questions of law and fact)

vs.

WESTERN CANADA HEAT
EXCHANGER, LTD., *et al*.,                District Judge Michael J. Newman
                                             Magistrate Judge Sharon L. Ovington

    Defendants.

_____

### ORDER OF REFERENCE TO THE MAGISTRATE JUDGE
_____

        Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C) and §636(b)(3), the consolidated cases in the above-captioned matter are hereby referred to the assigned United States Magistrate Judge from the date of this Order until the discovery deadline set herein or hereafter extended. At that time, the District Judge will resume management of the case through resolution or trial. The first of the two cases involved in the consolidated matters (Case No. 3:18-cv-278) has already been referred to the assigned United States Magistrate Judge, and at this time, the second of the two cases involved in the above-captioned matter (Case No. 3:20-cv-143), is also referred to the assigned United States Magistrate Judge.

        The Magistrate Judge to whom the case is referred is hereby authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute except that, unless specifically ordered, the following motions are not referred, regardless of when they may be filed: (1) motions for temporary restraining order or preliminary injunction; (2) dispositive motions,

including Rule 12 motions and Rule 56 motions for summary judgment; (3) motions for class certification; and (4) motions in limine relating to the admission of evidence at trial.

**IT IS SO ORDERED.**

Date:   December 10, 2020           s/Michael J. Newman
                                    Michael J. Newman
                                    United States District Judge