UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WCR, INCORPORATED,

    Plaintiff,

Case No. 3:18-cv-278
Consolidated with 3:20-cv-143

vs.

WESTERN CANADA HEAT
EXCHANGER, LTD., *et al.*,

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

    Defendants.

___

**ORDER**
___

This civil case came before the Court to continue an evidentiary hearing on March 4, 2021 at 11:00 a.m. The hearing concluded at 4:30 p.m. Peter Santos and Angelica Colwell appeared and participated on behalf of Plaintiff. Justine Konicki appeared and participated on behalf of Defendants.  At the conclusion of the hearing, both parties ordered the transcript. The Court advised that the transcript will be provided within 30 days or less. The parties are hereby **ORDERED** to submit simultaneous briefing within 15 days after the transcript is provided, *i.e.*, on or before April 19, 2021.

    **IT IS SO ORDERED.**

Date:  March 5, 2021                    s/Michael J. Newman
                                                  Hon. Michael J. Newman
                                                  United States District Judge