UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WCR, INCORPORATED,

    Plaintiff,                                         Case Nos. 3:18-cv-278, 3:20cv143

vs.

WESTERN CANADA PLATE            District Judge Michael J. Newman
EXCHANGER LTD., *et al.,*                Magistrate Judge Carolyn H. Gentry

    Defendants.

## ORDER CONDITIONALLY DISMISSING THESE CASES

The Court, having been advised that the parties have settled these two cases, **ORDERS** these cases **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen these cases if settlement is not consummated. In the event the parties need assistance in finalizing the settlement, they should file a motion seeking the Court's assistance.

The Court expresses its sincere gratitude to United States Magistrate Judge Chelsey M. Vascura for her dedicated work as mediator in this case.

    **IT IS SO ORDERED.**

October 7, 2022                                      s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge

cc: U.S. Magistrate Judge Chelsey M. Vascura